IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| STEVEN AGEE, | |
|---|---|
| Plaintiff, | 8:18-CV-371 |
| vs. | |
| ERIC S. LIMA, et al., | ORDER |
| Defendants. | |

IT IS ORDERED:

1. The Joint Stipulation of Dismissal of Defendant, Douglas County, Nebraska with Prejudice (filing 49) is approved.

2. The plaintiff's claims against Douglas County, Nebraska are dismissed with prejudice, each party to bear its own costs.

3. Douglas County, Nebraska is terminated as a party.

Dated this 5th day of June, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge